# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 17 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| Nancy Lee | **NOTICE** | |
| V. | **RESETTING** | |
| Aransas County I.S.D. | | CASE NUMBER: C-00-57 |

| TYPE OF CASE: | __X__ CIVIL | ____ CRIMINAL |
|---|---|---|

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

JUDGE  JANIS GRAHAM JACK

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

On       Friday, March 24, 2000              at              1:15 p.m.

## PURPOSE OF PROCEEDING:

__X__  Initial Pretrial Conference                                  ____ Motion Hearing
      Note: Client(s) are not required to appear

____ Jury Selection and Trial                                       ____ Show Cause Hearing

____ Re-Arraignment                                                 ____ Sentencing

____ Other:_____          ____ Revocation Hearing


Michael N. Milby, Clerk

By Deputy:  Myra Orta Alfano                                   February 17, 2000

cc: Richard Lynn Arnett

(Mr. Arnett is <u>required</u> to serve a copy of this Notice to Defendants and/or Counsel for Defendants.)

3.