UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 14 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| NANCY LEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-057 |
| | § | |
| ARANSAS COUNTY INDEPENDENT | § | |
| SCHOOL DISTRICT, STEVE KENNEDY, | § | |
| WAYNE NUGENT, MARY HOEKSTRA, | § | |
| NATALIE BAKER, LEO VILLA, | § | |
| JOE LIVINGSTON, WILLIAM NORMAN | § | |
| SPEARS III, JAMES KOONCE, AND | § | |
| ROSS McELWEE, | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE JACK:

COMES NOW, Nancy Lee, Plaintiff herein, and files this her Motion for Continuance of the initial pretrial and scheduling conference and would show as follows:

1. This action was filed on February 11, 2000. The initial pretrial and scheduling conference is currently set for March 24, 2000 at 1:15 p.m.

2. Upon discussing the scheduling of this conference with Mr. Roland Leon, who will be appearing as counsel for Defendants herein, Mr. Leon informed Plaintiff's counsel that he was set for a major trial the week of March 20 and that this both posed a potential conflict with the pretrial conference and impaired his ability to review the voluminous materials involved in this case in order to prepare for such conference.

14.

3.  Plaintiff's counsel is scheduled to be in Corpus Christi on March 31 for another matter which can not be rescheduled. The business of the undersigned counsel is primarily representing public school employees throughout Texas, thus causing the months of March, April and May to be far busier than any other time of the year. The current setting of March 24 would require a separate trip to and from Corpus Christi from Austin, Texas for the conference. With the additional possibility that Mr. Leon will likely be in trial that day in any event, Plaintiff's counsel agreed with Mr. Leon to file this motion requesting continuance of the setting for a one-week period of time.

### PRAYER

Accordingly, Plaintiff prays that the initial pretrial and scheduling conference currently scheduled for March 24, 2000 at 1:15 p.m. be reset for March 31, 2000 or such other time as may please the Court.

Respectfully submitted,

BRIM, ARNETT & ROBINETT, P.C.
2525 Wallingwood Drive
Building 14
Austin, Texas 78746
(512) 328-0048
(512) 328-4814 (Facsimile)

By: _____
Richard L. Arnett
State Bar No. 01333300

## Certificate of Lack of Opposition

I, Richard Arnett, certify that this motion was discussed with Mr. Roland Leon who indicated that he would join in the motion and does not oppose it.

_____
Richard L. Arnett

## Verification

STATE OF TEXAS           §
                         §
COUNTY OF TRAVIS         §

BEFORE ME, the undersigned authority, on this day personally appeared Richard Arnett, who being by me duly sworn, does deposeth and sayeth that the statements in the foregoing Motion for Continuance are true and correct within his personal knowledge.

_____
Richard L. Arnett

SUBSCRIBED AND SWORN TO BEFORE ME on this 13th day of March, 2000.



_____
Notary Public, State of Texas

## Certificate of Service

This is to certify that a true and correct copy of the above and foregoing document has been forwarded via facsimile and certified mail, return receipt requested, to Mr. Roland L. Leon, Barker, Leon, Fancher & Matthys, L.L.P., Tower II – Suite 1200, 555 N. Carancahua St., Corpus Christi, Texas 78478, on this 13th day of March, 2000.

_____
Richard L. Arnett

3



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NANCY LEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-057 |
| | § | |
| ARANSAS COUNTY INDEPENDENT | § | |
| SCHOOL DISTRICT, STEVE KENNEDY, | § | |
| WAYNE NUGENT, MARY HOEKSTRA, | § | |
| NATALIE BAKER, LEO VILLA, | § | |
| JOE LIVINGSTON, WILLIAM NORMAN | § | |
| SPEARS III, JAMES KOONCE, AND | § | |
| ROSS McELWEE, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING CONTINUANCE

It is hereby ordered that the initial pretrial and scheduling conference in this cause be reset for the _____ day of _____, 2000, at _____ o'clock _____.M.

DATED this the _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE