United States District Court
Southern District of Texas
FILED

MAR 15 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NANCY LEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-057 |
| | § | |
| ARANSAS COUNTY INDEPENDENT | § | |
| SCHOOL DISTRICT, STEVE KENNEDY, | § | |
| WAYNE NUGENT, MARY HOEKSTRA, | § | |
| NATALIE BAKER, LEO VILLA, | § | |
| JOE LIVINGSTON, WILLIAM NORMAN | § | |
| SPEARS III, JAMES KOONCE, AND | § | |
| ROSS McELWEE, | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE DISTRICT JUDGE:

COMES NOW, Nancy Lee, Plaintiff herein, and files this her Certificate of Interested Persons and would show that the following persons or entities are financially interested in the outcome of this litigation:

1. Ms. Nancy Lee.

2. Mr. Billy Lee.

3. Mr. Richard Arnett.

4. Brim, Arnett & Robinett, P.C.

5. Aransas County Independent School District.

6. Steve Kennedy.

7. Wayne Nugent.

8. Mary Hoekstra.

9. Natalie Baker.

10. Leo Villa.

11. Joe Livingston.

12. William Norman Spears, III.

13. James Koonce.

14. Ross McElwee.

15. Coregis Insurance Company.

Respectfully submitted,

BRIM, ARNETT & ROBINETT, P.C.
2525 Wallingwood Drive
Building 14
Austin, Texas 78746
(512) 328-0048
(512) 328-4814 (Facsimile)

By: _____
Richard L. Arnett
State Bar No. 01333300

## Certificate of Service

This is to certify that a true and correct copy of the above and foregoing document has been forwarded via facsimile and certified mail, return receipt requested, to Mr. Roland L. Leon, Barker, Leon, Fancher & Matthys, L.L.P., Tower II – Suite 1200, 555 N. Carancahua St., Corpus Christi, Texas 78478, on this 14th day of March, 2000.

_____
Richard L. Arnett

2