IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NANCY LEE | § | |
| | § | |
| V. | § | C.A. NO. C-00-057 |
| | § | |
| ARANSAS COUNTY INDEPENDENT | § | |
| SCHOOL DISTRICT, STEVE | § | |
| KENNEDY, WAYNE NUGENT, MARY | § | |
| HOEKSTRA, NATALIE BAKER, | § | |
| LEO VILLA, JOE LIVINGSTON, | § | |
| WILLIAM NORMAN SPEARS, III, | § | |
| JAMES KOONCE, and | § | |
| ROSS McELWEE | § | |

## ORDER DENYING UNOPPOSED MOTION FOR CONTINUANCE

On this day came on to be considered Plaintiff's Unopposed Motion for Continuance of the initial pretrial and scheduling conference in this cause. Plaintiff's Unopposed Motion for Continuance of the initial pretrial and scheduling conference is hereby DENIED.

ORDERED the 15 day of March, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE