United States District Court
Southern District of Texas
FILED

MAR 23 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NANCY LEE, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: C-00-057 |
| | § | |
| ARANSAS COUNTY INDEPENDENT | § | |
| SCHOOL DISTRICT, STEVE KENNEDY, | § | |
| WAYNE NUGENT, MARY HOEKSTRA, | § | |
| NATALIE BAKER, LEO VILLA, | § | |
| JOE LIVINGSTON, WILLIAM NORMAN | § | |
| SPEARS, III, JAMES KOONCE, AND | § | |
| ROSS MCELWEE, | § | |
| | § | |
| Defendants | § | |

## DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

COMES NOW Aransas County Independent School District, Steve Kennedy, Wayne Nugent, Mary Hoekstra, Natalie Baker, Leo Villa, Joe Livingston, William Norman Spears, III, James Koonce, and Ross Mcelwee, Defendants in the above-styled and numbered cause, and pursuant to the Court's Order for Conference and Disclosure of Interested Parties, respectfully shows the Court as follows:

I.

Defendants submit that the following persons and/or entities are financially interested in the outcome of this litigation:

    A.    Aransas County Independent School District;

    B.    Steve Kennedy;

    C.    Wayne Nugent;

    D.    Mary Hoekstra;

E. Natalie Baker;

F. Leo Villa;

G. Joe Livingston;

H. William Norman Spears, III;

I. James Koonce;

J. Ross McElwee;

K. <u>Coregis Insurance Group.</u>

                Respectfully submitted,

                BARKER, LEON, FANCHER
                    & MATTHYS, L.L.P.
                Tower II - Suite 1200
                555 N. Carancahua St.
                Corpus Christi, Texas 78478
                Telephone: (361) 881-9217
                Facsimile: (361) 882-9437

                _____
                **Roland L. Leon-Attorney in Charge**
                State Bar No. 12207400
                Federal I.D. 5683
                **Vada L. Staha**
                State Bar No. 00784948
                Federal I.D. 19025
                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this the 23rd day of March, 2000, to all counsel of record as follows:

Richard L. Arnett
**BRIM, ARNETT & ROBINETT, P.C.**
2525 Wallingwood Drive
Building 14
Austin, Texas 78746

_____
**Roland L. Leon**

*Defendants' Disclosure of Interested Parties*
*Lee vs. Aransas County ISD et al.*
*Page -2-*

- 3 -