# CIVIL COURT MINUTES

| | |
|---|---|
| **JUDGE PRESIDING:** | JANIS GRAHAM JACK |
| **CASE MANAGER:** | Mary Beth Garza |
| **COURT RECORDER:** | Velma Gano |
| **LAW CLERK:** | Erik Hansen |
| **U.S.C.S.O.:** | Eleazar Jaime |
| **U.S. MARSHAL:** | |
| **INTERPRETER:** | |

United States District Court
Southern District of Texas
FILED

MAR 24 2000

MICHAEL N. MIL__
CLERK

19.

**DATE:** March 24, 2000   **OPEN:** 1:18   **ADJOURN:** 2:08
**TAPE:** # 1

**CIVIL ACTION NUMBER:** C-00-57

Nancy Lee                                    **COUNSEL:** Richard Lynn Arnett

VS.

Aransas County I.S.D., et al.                **COUNSEL:** Rolando Leon/Vada Staha

---

✓ IPTC Case called. Appearances are made. Discussion of case matters. Court signs scheduling order. Court refers the parties to mediation. Court orders the parties to pre-mark and exchange trial exhibits, prior to the filing of the JPTO. Court signs a general order. Discussion of discovery issues.

Adjourned