United States District Court
Southern District of Texas
ENTERED

MAR 2 7 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NANCY LEE | § | 22. |
| | § | |
| V. | § | C.A. NO. C-00-057 |
| | § | |
| ARANSAS COUNTY INDEPENDENT | § | |
| SCHOOL DISTRICT, et al | § | |

## ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 24th day of March, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE