UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

SEP - 1 2000

MICHAEL N. MILBY

| | | |
|---|---|---|
| NANCY LEE, | § | |
|     Plaintiff | § § § | |
| VS. | § | CIVIL ACTION NO.: C-00-057 |
| | § § | |
| ARANSAS COUNTY INDEPENDENT SCHOOL DISTRICT, STEVE KENNEDY, WAYNE NUGENT, MARY HOEKSTRA, NATALIE BAKER, LEO VILLA, JOE LIVINGSTON, WILLIAM NORMAN SPEARS, III, JAMES KOONCE, AND ROSS MCELWEE, | § § § § § § § § | |
|     Defendants | § | |

## STIPULATION OF DISMISSAL

Plaintiff, Nancy Lee, and Defendants, Aransas County Independent, School District, Steve Kennedy, Wayne Nugent, Mary Hoekstra, Natalie Baker, Leo Villa, Joe Livingston, William Norman Spears, III, James Koonce, and Ross McElwee, file this stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(ii).

1. Plaintiff sued Defendants on or about February 11, 2000.

2. Plaintiff moves to dismiss the suit.

3. Defendants, who has answered, agree to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

6. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

7. This dismissal is with prejudice.

1

24

Respectfully submitted,

**BRIM, ARNETT & ROBINETT, P.C.**
2525 Wallingwood Drive
Building 14
Austin, Texas 78746
Telephone: (512)328-0048
Facsimile: (512)328-4814

By: _____
**Richard L. Arnett**
State Bar No. 01333300
Federal I.D. No. 6402
**ATTORNEY FOR PLAINTIFF NANCY LEE**


**BARKER, LEON, FANCHER,
   MATTHYS, L.L.P.**
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

_____
Roland L. Leon-Attorney in Charge
State Bar No. 12207400
Fed. ID No. 5683
Vada L. Staha
State Bar No. 00784948
Fed. ID No. 19025
**ATTORNEYS FOR DEFENDANTS**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this the 5th day of July, 2000, to all counsel of record as follows:

Roland L. Leon
**BARKER, LEON, FANCHER,**
  **MATTHYS, L.L.P.**
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

_____
Richard L. Arnett

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NANCY LEE, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: C-00-057 |
| | § | |
| ARANSAS COUNTY INDEPENDENT | § | |
| SCHOOL DISTRICT, STEVE KENNEDY, | § | |
| WAYNE NUGENT, MARY HOEKSTRA, | § | |
| NATALIE BAKER, LEO VILLA, | § | |
| JOE LIVINGSTON, WILLIAM NORMAN | § | |
| SPEARS, III, JAMES KOONCE, AND | § | |
| ROSS MCELWEE, | § | |
| | § | |
| Defendants | § | |

## ORDER ON STIPULATION OF DISMISSAL

On _____, 2000, the court considered the parties' stipulation to dismiss. After considering the stipulation, the court,

GRANTS THE STIPULATION AND DISMISSES THE CASE WITH PREJUDICE.

SIGNED _____, 2000.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Richard L. Arnett


_____
Roland L. Leon