United States District Court
Southern District of Texas
ENTERED

SEP - 6 2000

Michael N. Milby, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NANCY LEE, | § | |
| Plaintiff | § § § | 25. |
| VS. | § | CIVIL ACTION NO.: C-00-057 |
| ARANSAS COUNTY INDEPENDENT SCHOOL DISTRICT, STEVE KENNEDY, WAYNE NUGENT, MARY HOEKSTRA, NATALIE BAKER, LEO VILLA, JOE LIVINGSTON, WILLIAM NORMAN SPEARS, III, JAMES KOONCE, AND ROSS MCELWEE, | § § § § § § § § § | |
| Defendants | § | |

### ORDER ON STIPULATION OF DISMISSAL

On __9-5__, 2000, the court considered the parties' stipulation to dismiss. After considering the stipulation, the court,

GRANTS THE STIPULATION AND DISMISSES THE CASE WITH PREJUDICE.

SIGNED __9-5__, 2000.

U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Richard L. Arnett

_____
Roland L. Leon    TRID. 19025